IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RASHEED HARRIS,** : | |
| Petitioner, : | |
| : | |
| v.  : | CIVIL ACTION NO. 14-0893 |
| : | |
| : | |
| **FOLINO,** *et al.*, : | |
| Respondents. : | |

## ORDER

**AND NOW,** this 21st day of September 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and all related filings, and upon review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin and the objections thereto, it is hereby **ORDERED** that:

1.  The Clerk is directed to **REMOVE** the case from Civil Suspense and return it to the active docket;

2.  The Objections are **OVERRULED**;

3.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

4.  The Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE** and without an evidentiary hearing;

5.  There is no probable cause to issue a certificate of appealability; and

6.  The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**